**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

June 9, 2026

**VIA ECF**
Hon. Kenneth M. Karas.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    _Richardson v. Mount Vernon CSD, et al._ 26-CV-04289 (KMK)(JCM)

Dear Judge Karas,

This firm represents the Defendants Mount Vernon City School District, Board of Education for the Mount Vernon City School District, and the Denzel Washington School of the Arts (collectively the "District Defendants") in the above-referenced matter and write regarding the time for all Defendants in this matter to answer or otherwise respond to the Complaint. There are also two individual Defendants in this matter whom the undersigned does not represent and do not yet have Counsel however we anticipate that this issue will be resolved shortly.

We have conferred with Counsel for Plaintiff, who has consented to extending the time for all Defendants to answer or otherwise respond to the Complaint by July 2nd if the Defendants agree to waive any service-based defenses. As we have advised Counsel, however, because we do not currently represent the individual Defendants we cannot waive any defenses on their behalf. We respectfully submit that the request to extend the time for all parties to answer or otherwise respond to the Complaint should nonetheless be granted, as the extension being sought is a modest one, will not impact any other deadlines or prejudice any party, and will avoid any confusion by having a single deadline for all parties.

Accordingly, we respectfully request that Your Honor extend the time for all Defendants to answer or otherwise respond to the Complaint to July 2, 2026.

Thank You for Your Honor's consideration in this matter.

Granted.

So Ordered.

6/9/26

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

CC: **Via ECF**
   _All Counsel Of Record_

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com