SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

August 18, 2026

**VIA ECF**
Hon. Kenneth M. Karas.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Richardson v. Mount Vernon CSD, et al.* 26-CV-04289 (KMK)(JCM)

Dear Judge Karas,

This firm represents the Defendants Mount Vernon City School District, Board of Education for the Mount Vernon City School District, and Mansa Gory (collectively the "District Defendants") in the above-referenced matter and write regarding their time to answer or otherwise respond to the Plaintiff's Amended Complaint. There is also an individual Defendant in this matter whom the undersigned does not represent and who has not yet been served with the Amended Complaint and whose time to respond has not yet begun to run.

We have conferred with Counsel for Plaintiff, who has consented to extending the time for the District Defendants to answer or otherwise respond to the Amended Complaint by August 28th. Accordingly, we respectfully request that Your Honor extend the time for the District Defendants to answer or otherwise respond to the Amended Complaint by August 28, 2026.

Thank You for Your Honor's consideration in this matter.

Granted.

So Ordered.

8/18/26

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

CC: **Via ECF**
*All Counsel Of Record*