**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

MANIYAH RICHARDSON,
Plaintiff,

-against-

Docket No.: 26 CV 4289 (KMK)

CITY OF MOUNT VERNON BOARD OF EDUCATION, MOUNT VERNON CITY SCHOOL DISTRICT, ANDREA THOMAS, AND MANSA GORY,
Defendants.

-----------------------------------------------------------------------X

**~~[PROPOSED]~~ ORDER**

WHEREAS, Plaintiff Maniyah Richardson, by and through her counsel, Jessica Massimi, Esq. of Massimi Law PLLC, submitted a letter motion to the Court dated July 21, 2026, requesting an Order directing Defendant Mount Vernon City School District (the "District") to produce the last known address of Defendant Andrea Thomas for the purpose of effecting service of the First Amended Complaint upon her;

WHEREAS, counsel for the Defendants other than Ms. Thomas has informed Plaintiff's counsel that he does not oppose the relief requested, but that the District requires an Order of this Court before it may disclose Ms. Thomas' address; and

WHEREAS, the Court having considered the foregoing, it is hereby

ORDERED, that Defendant Mount Vernon City School District shall, within seven (7) days of the date of this Order, produce the last known home address of Defendant Andrea Thomas to Plaintiff's counsel of record; and it is further

ORDERED, that the address so produced shall be treated as Attorneys' and Process Server's Eyes Only, and shall be disclosed solely to counsel of record for Plaintiff and to the process server retained by Plaintiff's counsel to effectuate service of the First Amended Complaint upon Defendant Thomas, and shall not be disclosed to Plaintiff or to any other person; and it is further

ORDERED, that promptly upon completion of service of process upon Defendant Thomas, Plaintiff shall file the Summons Returned Executed on the docket in this action, provided that Defendant Thomas' address shall be redacted from the copy filed on the public docket.

SO ORDERED.

Dated: White Plains, New York
September 15, 2026

HON. KENNETH M. KARAS
United States District Judge